

**CHRISTOPHER P. SCANLON**
Mayor of Buffalo

**CAVETTE A. CHAMBERS**
Corporation Counsel

# LAW DEPARTMENT

July 25, 2025

*Via cm/ecf*
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York  14202

Re:   *Isaiah Thomas New v. Officer William C. Macy, et al.*
      Civil No.: 25-CV-578

Dear Judge Sinatra:

Please allow this letter to serve as the City of Buffalo Corporation Counsel's response to your July 3, 2025 Decision and Order [Dkt. No. 5] in the above matter.

To the best of our ability to ascertain, the individuals identified in the Plaintiff's Complaint are William C. Macy and Joseph R. Hassett. Upon information and belief, without any implication or determination as to defense or indemnification, their last known service address is 68 Court Street, Buffalo New York  14202.

The Buffalo Police Department and City of Buffalo can be served at Corporation Counsel's Office, 65 Niagara Square, 1100 City Hall, Buffalo, New York  14202.

Please advise if anything else is needed in this regard.

Respectfully yours,

CAVETTE A. CHAMBERS, ESQ.
Corporation Counsel

*/s/Robert E. Quinn*
Robert E. Quinn
Assistant Corporation Counsel