UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ISAIAH THOMAS NEW,

                        Plaintiff,

vs.

**DECLARATION**
Civil Case No.: 1:25-cv-00578-JLS

OFFICER WILLIAM C. MACY (Badge P3417),
OFFICER JOSEPH R. HASSETT (Badge 962),
"RJ," JOAN DOE, TEMPLE BETH ZION,
BUFFALO POLICE DEPARTMENT, and
THE CITY OF BUFFALO

                        Defendants.

I, Kenneth Graber, pursuant to 28 US.C. § 1746, hereby state under penalty of perjury:

1. I am the president of Temple Beth Zion ("TBZ").

2. As the president of TBZ, I am familiar with the temple's congregation, both generally and individually.

3. The plaintiff, Isaiah New, has never been a congregant of TBZ.

4. Upon information and belief, Mr. New has never attended a service or event at TBZ prior to June 28, 2024, nor has Mr. New attended any services or events at TBZ since June 28, 2024.

5. In light of the above, coupled with the pending litigation, TBZ does not feel comfortable with allowing Mr. New on its premises, whether to attend services or any other events.

Dated: August 5, 2025

Kenneth Graber