UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ISAIAH THOMAS NEW,

                Plaintiff,

vs.

OFFICER WILLIAM C. MACY,
OFFICER JOSEPH R. HASSETT,
RJ,
JOAN DOE,
TEMPLE BETH ZION,
BUFFALO POLICE DEPARTMENT

                Defendants.

**PROPOSED CASE MANAGEMENT ORDER**

Case No: 1:25-cv-00578-JLS

Pursuant to the Order of the Hon. Leslie G. Foschio referring this case to the undersigned for pretrial procedures and the entry of a scheduling order as provided in Rule 16(b) of the Federal Rules of Civil Procedure and Rule 16.1(a) and Proposed Rule 16.2 of the Local Rules of Civil Procedure for the Western District of New York, it is **ORDERED** that:

1. In accordance with Section 2.1A of the Plan for Alternative Dispute Resolution[1], this case has been referred to mediation.

2. Motions to opt out of ADR shall be filed no later than **January 1, 2026.**

3. Compliance with the mandatory disclosure requirements found in Rule 26(a)(1) will be accomplished by no later than **February 1, 2026.**

4. The parties shall confer and select a Mediator, confirm the Mediator's availability, ensure that the Mediator does not have a conflict with any of the parties in the case, identify a date

---

[1] A copy of the ADR Plan, a list of ADR Neutrals, and related forms and documents can be found at http://www.nywd.uscourts.gov or obtained from the Clerk's Office.

and time for the initial mediation session, and file a stipulation confirming their selection on the form provided by the Court by no later than **February 1, 2026.**

5. All motions or stipulations to join other parties and to amend or supplement the pleadings shall be filed by no later than **May 1, 2026.**

6. The initial mediation session shall be held no later than **April 1, 2026.**

7. All fact depositions shall be completed by no later than **September 1, 2026**.

8. Plaintiff shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P 26(a)(2)(B) no later than **November 1, 2026**. Defendant shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **December 1, 2026**.

9. All expert depositions shall be completed by no later than **December 31, 2026.**

10. All discovery in this case shall be completed no later than **January 15, 2027.**

11. Dispositive motions shall be filed no later than **March 1, 2027.** *See generally* Local Rule 7.1(c); 56. Such motions shall be made returnable before the Magistrate Judge.

12. Mediation sessions may continue, in accordance with Section 5.11 of the ADR Plan, until **April 1, 2027.** The continuation of mediation sessions shall not delay or defer other dates set forth in this Case Management Order.

13. Modification or extension of the dates set forth in this Case Management Order are strongly discouraged. Extensions will only be considered for meritorious reasons.

14. Sanctions: Counsel's attention is directed to Fed. R. Civ. P. 16(f) calling for sanctions in the event of failure to comply with any direction of this Court.

**SO ORDERED.**

Dated:
    Buffalo, New York

                                                                _____
                                                                HON. LESLIE G. FOSCHIO
                                                                United States Magistrate Judge