

1600 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Phone: (716) 847-2523
Fax: (716) 847-2589
www.sugarmanlaw.com

December 30, 2025

Hon. Leslie G. Foschio
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

*Re:*   *New v. Macy, et al*
    ***Docket No.: 1:25-cv-00578-JLS***
    ***Our File: B24234***

Dear Justice Foschio:

  As this Court is aware, the deadline for the parties to select a mediator and identify a date and time for the first mediation session was December 23, 2025. On December 19, 2025, I reached out to the parties via email and suggested scheduling the mediation with Michael Menard, Esq. Counsel for the City of Buffalo responded and agreed with the proposal. However, to date, I have not heard anything from the plaintiff.

  Please advise how the Court would like the parties to proceed in light of the above. Thank for your attention to this matter, and please do not hesitate to contact me with any further questions.

Respectfully yours,

*Marina Murray*

Marina A. Murray, Esq.
Direct Dial #: 716-995-6329
mmurray@sugarmanlaw.com

MAM/cah