UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ISAIAH THOMAS NEW,

                      Plaintiff,

    v.

OFFICER WILLIAM C. MACY,
OFFICER JOSEPH R HASSETT,
"RJ,"
JOAN DOE,
TEMPLE BETH ZION,
BUFFALO POLICE DEPARTMENT,
THE CITY OF BUFFALO,

                      Defendants.
_____

**ORDER**

25-CV-578-JLS(F)

      This court issued a Scheduling Order pursuant to Fed. R. Civ. P. 16(b) and Loc. R. Civ. P. 16.1(a) on November 25, 2025, directing the parties to file a stipulation selecting a mediator by December 23, 2025. (Dkt. No. 33). On December 30, 2025, counsel for Defendant Temple Beth Zion, Marina Murray, filed a report notifying this court that Plaintiff failed to respond to communications regarding the selection of a mediator, therefore the parties could not comply with the deadline for filing the stipulation selecting a mediator as directed by the court. (Dkt. No. 34). On January 20, 2026, this court issued an order designating Amanda G. Williams, Esq. as Mediator and directed the parties to contact her no later than January 29, 2026, to schedule an initial mediation session. (Dkt. No. 35). On February 2, 2026, Ms. Williams notified this court that Plaintiff has not contacted her to schedule an initial mediation session and did not respond to emails including all parties, providing proposed dates for an initial mediation session.

      Local Rule of Civil Procedure 5.2(d) provides the following: All *pro se* litigants shall

become familiar with, follow, and comply with the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure, including those rules with special provisions for pro se litigants such as Loc. R. Civ. P. 1.3 (*pro se* litigants are expected to comply with the court's Alternative Dispute Resolution Plan), 5.2(i) (*pro se* litigant's failure to comply with Rule 1.3 of the court's ADR Plan may result in dismissal of the action with prejudice), 11 (failure by counsel or *pro se* litigant to appear for a court required conference may be considered as an abandonment of the case or as a failure to prosecute), and 16 (court's ADR Plan adopted by Standing Order).  Plaintiff is advised that any failure to comply with the Federal Rules of Civil Procedure and Local Rules of Civil Procedure may result in the dismissal of the case, with prejudice.

Accordingly, it is hereby ordered that Plaintiff must show good cause as to why this case should not be dismissed for failure to prosecute.  It is further ordered that a copy of this Order to Show Cause be sent to Plaintiff at P.O. Box 209, Buffalo, New York, 14215.  Last, it is ordered that the deadline to respond to this Order to Show Cause is **March 5, 2026**.  Failure to comply with this Order will result in the court's recommendation that the action be involuntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated:  February 5, 2026
         Buffalo, New York

Any appeal of this Decision and Order must be taken by filing written objection with the Clerk of Court **not later than 14 days** after service of this Decision and Order in accordance with Fed.R.Civ.P. 72(a).