UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ISAIAH THOMAS NEW,

Plaintiff,

OFFICER WILLIAM C. MACY,
OFFICER JOSEPH R. HASSETT, "RJ,"
JOAN DOE, TEMPLE BETH ZION,
BUFFALO POLICE DEPARTMENT,
CITY OF BUFFALO,

Defendants.

RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATIONS

CIV NO.: 25-CV-578-JLS(F)

Defendants, Buffalo Police Department, ("BPD") and City of Buffalo (the "City") respectfully submit the following response to the plaintiff's objections (filed on July 30, 2026) to the Report and Recommendation of Magistrate Judge Leslie G. Foschio which recommended dismissal of the plaintiff's Complaint with prejudice for failure to prosecute ("R&R").

Although the District Court can alter or modify the R&R, *Infantino v. Sealand Contractors Corp.*, 565 F. Supp. 3d 347, 354 (W.D.N.Y. 2021), there are no grounds to do so here. This Court should adopt the R&R in full, and with prejudice.

## PLAINTIFF FAILED TO TIMELY PROSECUTE HIS CLAIMS

Plaintiff filed his Complaint on July 2, 2025. Dkt 1 listed a violation of first amendment rights against all defendants, unreasonable search and seizure against City of Buffalo, excessive force against City of Buffalo, a *Monell* Claim against the City of Buffalo, and Conspiracy to violate civil rights and intentional infliction of emotional distress against all defendants. Dkt 1. A detailed review of the docket suggests that

Plaintiff continuously failed to prosecute these claims up to and including present day, September 14, 2026.

No reply was ever received to defendants' opposition to Plaintiff's preliminary motions, filed last year in July, despite advising the Court on August 13, 2025 that an amended motion or pleading would be forthcoming. No attention to this case has been paid by Plaintiff since that date, over a year ago.

As of today's date, Plaintiff failed to meet the deadlines established in the scheduling order, did not provide his Rule 26 disclosure, did not cooperate with or participate in mediation, did not move to amend his complaint, and did not initiate discovery. These failings warrant dismissal for failure to prosecute, which were similarly found in Jones v. City of Rochester, 2022 WL 1668508, (W.D.N.Y.).

The City Defendants join and respectively incorporate the response submitted on behalf of Defendant Temple Beth Zion, and correspondingly request the Court affirm the Magistrate Judge's R&R to dismiss this matter with prejudice.

DATED: September 14, 2026
Buffalo, New York

ROSA ALINA PIZZI, ESQ.
CORPORATION COUNSEL

By: Lisa M. Yaeger, Esq.
Assistant Corporation Counsel
1100 City Hall-65 Niagara Square
Buffalo, New York 14202
Tel.: 716.851.2959
Fax: 716.851.4105
E-mail: lyaeger@buffalony.gov